CO-386-online
10/03

# United States District Court
# For the District of Columbia

|  |  |  |  |
|---|---|---|---|
|  |  | ) |  |
|  |  | ) |  |
|  |  | ) |  |
|  |  | ) |  |
| VS | Plaintiff | ) | Civil Action No._____ |
|  |  | ) |  |
|  |  | ) |  |
|  |  | ) |  |
|  |  | ) |  |
|  | Defendant | ) |  |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Tyson Foods, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Tyson Foods, Inc.__ which have any outstanding securities in the hands of the public:

See attached


These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

362605
_____
BAR IDENTIFICATION NO.

Alan Charles Raul
_____
Print Name

1501 K St.reet, N.W.
_____
Address

| Washington | DC | 20005 |
|---|---|---|
| City | State | Zip Code |

(202) 736-8000
_____
Phone Number

## ATTACHMENT TO
## CERTIFICATE RULE LCvR 7.1

Tyson Foods, Inc. does not have any parent companies.
Tyson Foods, Inc. is the parent of the following wholly owned subsidiaries:

1. Global Employment Services, Inc.
2. National Comp Care, Inc.
3. Oaklawn Capital Corporation
4. Oaklawn Capital – Mississippi LLC
5. Provemex International Holdings, Inc.
6. The Pork Group, Inc.
7. TyNet Corporation
8. Tyson Breeders, Inc.
9. Tyson Farms, Inc.
10. Tyson International Company, Ltd.
11. Tyson International Holding Company
12. Tyson Mexican Original, Inc.
13. Tyson Poultry, Inc.
14. Tyson Receivables Corporation
15. Tyson Sales and Distribution
16. Tyson Shared Services, Inc.