**FILED**
JUN 11 2008
Clerk, U.S. District and Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYSON FOODS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 1000 |
| ) | |
| U.S. DEPARTMENT OF ) | |
| AGRICULTURE, ET AL., ) | |
| ) | |
| Defendants. ) | |

[~~PROPOSED~~] ORDER

UPON CONSIDERATION of Plaintiff Tyson Foods, Inc.'s "Motion to File Under Seal" filed in this matter, and for the reasons stated in support of Plaintiff's Motion, and the Court finding good cause thereon, it is hereby

ORDERED that Plaintiff's Motion is *temporarily* granted;*

FURTHER ORDERED that the Declaration of Donnie Smith and the Exhibits to the Declaration of Alan Charles Raul shall be filed under seal.

So ordered on this __11th__ day of June, 2008.

_Royce C. Lamberth_
Chief United States District Judge

* Subject to de novo review by the assigned judge.