IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYSON FOODS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1000 |
| ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] JOINT STIPULATION AND ORDER

Plaintiff Tyson Foods, Inc. ("Tyson") and Defendants U.S. Department of Agriculture ("USDA"), Food Safety and Inspection Service ("FSIS"), Edward T. Schafer, and Dr. Richard A. Raymond (collectively, "Defendants"), by and through their respective counsel, jointly agree and stipulate as follows:

1.      Defendants agree that Tyson may package products with the existing Qualified "Raised Without Antibiotic" ("RWA") Label through the end of the day, July 9, 2008, and Tyson may continue to ship and sell product labeled with the Qualified RWA Label provided that such product was packaged on or before July 9, 2008, and bears a "Julian" production date indicating production on or before July 9, 2008; and further agree that FSIS will issue a letter to Tyson to this effect as soon as practicable.

2. Tyson hereby withdraws its pending motion for a temporary restraining order and preliminary injunction in this action.

3. Defendants agree to prepare and produce the administrative record in this matter to Tyson no later than June 23, 2008.

4. Tyson agrees to review the administrative record, and provide any objections to Defendants regarding the administrative record by June 30, 2008.

5. Defendants agree to respond to Tyson's objection, if any, by July 3, 2008.

6. The parties will deem the administrative record to be complete on July 11, 2008, unless Tyson moves to supplement the record and/or for a hearing before the Court regarding objections, if any, to the administrative record.

7. The parties will file their motions for summary judgment and memoranda in support no later than 30 days after the administrative record is complete.

8. The parties will file their oppositions to summary judgment within 30 days thereafter.

9. The parties will file their replies within 15 days thereafter.

10. A hearing as to the parties' motions will be scheduled at the Court's convenience.

Alan Charles Raul
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
*Counsel for Tyson Foods, Inc.*

James Gilligan
Peter Leary
U.S. Department of Justice
Washington, D.C. 20530
(202) 514-3313
*Counsel for Defendants*

So ordered this 12th day of June, 2008.

_____
United States District Judge