IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYSON FOODS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:08-1000 (PLF) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF AGRICULTURE, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE that PETER D. LEARY, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as a counsel of record for Defendants. Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

    Respectfully submitted this 13th day of June, 2008.

    GREGORY G. KATSAS
    Acting Assistant Attorney General

    JEFFREY A. TAYLOR
    United States Attorney for the District of Columbia

    JAMES GILLIGAN
    Assistant Branch Director, Federal Programs Branch

    s/ Peter D. Leary
    PETER D. LEARY (VA Bar # 71196)
    Trial Attorney, Federal Programs Branch
    U.S. Department of Justice, Civil Division
    Tel: (202) 514-3313
    Fax: (202) 616-8470
    peter.leary@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
20 Massachusetts Ave., NW, Rm. 7332
Washington, D.C. 20001

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2008 I caused the foregoing Notice of Appearance to be served electronically on Plaintiffs by filing it with this Court's Electronic Case Files (ECF) system.

Dated: June 13, 2008

                                                s/ Peter D. Leary
                                                PETER D. LEARY

**CERTIFICATION OF FAMILIARITY WITH LOCAL RULES**

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of the United States District Court for the District of Columbia.

Dated: June 13, 2008

                                                s/ Peter D. Leary
                                              PETER D. LEARY