IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYSON FOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, ET AL., <br><br> Defendants. | Civil Action No. 08-1000 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tyson Foods, Inc., through undersigned counsel, hereby provides notice that all claims in this matter are voluntarily dismissed with prejudice.

Respectfully submitted,

Alan Charles Raul (Bar No. 362605)
  *Counsel of Record
Paul J. Zidlicky (Bar No. 450196)
Gordon D. Todd (Bar No. 475203)
Eamon P. Joyce (Bar. No. 483127)
Ryan C. Morris (Bar. No. 980347)

SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)

*Attorneys for Plaintiff Tyson Foods, Inc.*

June 20, 2008